UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| METROPOLITAN SCHOOL DISTRICT OF | ) | |
| PIKE TOWNSHIP, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:10-cv-1032-LJM-TAB |
| | ) | |
| INDIANA STATE TEACHERS | ) | |
| ASSOCIATION, ISTA INSURANCE | ) | |
| TRUST, and ISTA ADMINISTRATIVE | ) | |
| SERVICES CORPORATION, | ) | |
| Defendants. | ) | |

## ENTRY OF JUDGMENT

Through an Order dated January 23rd, 2012, the Court granted summary judgment in favor of defendants, Indiana State Teachers Association, ISTA Insurance Trust, and ISTA Administrative Services Corporation and against plaintiff, Metropolitan School District of Indiana.  Plaintiff shall take nothing by way of its complaint.  Judgment is entered accordingly.

DATED this 23rd day of January, 2012.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana

By: _____
Deputy Clerk

Distribution attached.